# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| C.M.C (XXX-XX-8897) | CIVIL ACTION NO. 14-2365 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CAROLYN W. COLVIN, ACTING U.S. COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is **REVERSED** and, pursuant to sentence four of 42 U.S.C. § 405(g), the case is **REMANDED** to the Agency for further proceedings.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 15th day of March, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE